APRUZZESE, McDERMOTT,
MASTRO & MURPHY, P.C.
25 Independence Boulevard
P.O. Box 112
Liberty Corner, New Jersey  07938
(908) 580-1776
Attorneys for Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LEROY BIBBS<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>TOWNSHIP OF KEARNEY, and JOSEPH LAUER, in his official and individual capacities,<br><br>　　　　　　　　　　Defendants. | Civil Action No.: 09-3769 (SRC/MAS)<br><br>(Electronically Filed)<br><br>**ORDER GRANTING DEFENDANTS' LEAVE TO FILE A REPLY BRIEF NOT TO EXCEED THIRTY (30) PAGES** |

**THIS MATTER** having been brought before the Court by Apruzzese, McDermott, Mastro & Murphy, P.C., Liberty Corner, New Jersey, counsel for Defendants Town of Kearny (improperly sued herein as Township of Kearney and hereinafter referred to as "Defendant Kearny") and Joseph Lauer (hereinafter referred to as "Defendant Lauer" and collectively with Defendant Kearny referred to as "Defendants"), seeking an Order, pursuant to Local Rule

7.2, granting Defendants' application for leave to file an extended length brief not to exceed thirty (30) pages in length; and with Plaintiff's counsel, Stephen Klausner, Esq., Somerville, New Jersey having consented to same; and for good cause shown, it is hereby ordered that Defendants' may file an extended length reply brief not to exceed thirty (30) pages in further support of their Notice Of (Renewed) Motion For Summary Judgment Seeking Dismissal of the Second Amended Complaint with Prejudice filed in this matter on April 27, 2011.

_____
HON. STANLEY R. CHESLER, U.S.D.J.

2